HELLO CLERK,

CAN YOU SEND ME A COPY OF 11.07

CAUSE # 1302726, I Really NEED A

COPY OF THE GROUND that was RAISED

Not the whole Application. Just the

A. Zerox will be fine, thanks

P.S. If there is a charge, please let me know

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 05 2015
Abel Acosta, Clerk